### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

BOBBY RAYNE,

                    Defendant.

Mag No.  21-1076

**ORDER**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on  the record during the initial appearance of the defendant on this 22nd day of April, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to  do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Hon. Anthony R. Mautone
United States Magistrate Judge